CLEVELAND BAR ASSOCIATION *v.* BANCSI.

[Cite as *Cleveland Bar Assn. v. Bancsi* (1995), 72 Ohio St.3d 525.]

(No. 95-377—Submitted April 4, 1995—Decided July 26, 1995.)

*Stewart & DeChant Co., L.P.A.,* and *Scott E. Stewart; Kabat, Mielziner & Sobel* and *Christina M. Janice;* and *Mary Cibella,* for relator.

*Peterson & Zelasko* and *Michael H. Peterson,* for respondent.

---

*Per Curiam.* We have reviewed the record and concur in the board's findings of misconduct and its recommended sanction. Respondent is hereby publicly reprimanded for having violated DR 9–102(A) and (B)(3), and 2–110(A)(2). Costs taxed to respondent.

*Judgment accordingly.*

MOYER, C.J., DOUGLAS, WRIGHT, RESNICK, F.E. SWEENEY, PFEIFER and COOK, JJ., concur.